UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JING JING YAO,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF FOLSOM, et al.,<br><br>        Defendants. | No.  2:16-cv-2609-MCE-AC<br><br><br><br>ORDER |

On June 20, 2017, this case (and a companion state court case) settled after the undersigned conducted a settlement conference, and the terms and conditions of the settlement were stated on the record by the court.  (ECF No. 21.)

On July 14, 2017, pursuant to the parties' request, the court conducted an informal telephonic conference regarding the settlement.  (ECF No. 22.)  At the conference, attorney Mark Merin appeared on behalf of plaintiff, and attorney Kevin Dehoff appeared on behalf of defendants.  After discussion with counsel at the conference, and upon review of e-mail correspondence between plaintiff and plaintiff's counsel provided to the court by plaintiff's counsel, the court concludes that there is no dispute as to the amount and terms of the settlement between plaintiff and defendants; the only dispute is as to the division of the settlement proceeds between plaintiff and her attorney.

////

That same day, on July 14, 2017, the parties filed a joint request to permit plaintiff's counsel, Mark E. Merin, to sign the settlement agreement on plaintiff's behalf. In light of the above, and the showing made in the joint request, the court grants the joint request. If plaintiff wishes to dispute the division of the settlement proceeds between herself and her attorney, she may do so through the attorneys' fees dispute procedures provided by the Sacramento County Bar, the California State Bar, or other appropriate entity.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' joint request (ECF No. 23) is GRANTED.
2. Mark E. Merin, as plaintiff's counsel, is authorized and designated to sign the written settlement agreement on plaintiff's behalf, thereby enforcing compliance with the terms of the settlement agreement reached on the record.

Dated: July 17, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Additionally, the undersigned is willing to assist in informally resolving the dispute between plaintiff and her attorney, if they are amenable to such efforts.