1  Mark E. Merin (State Bar No. 043849)
   Paul H. Masuhara (State Bar No. 289805)
2  LAW OFFICE OF MARK E. MERIN
   1010 F Street, Suite 300
3  Sacramento, California 95814
   Telephone:   (916) 443-6911
4  Facsimile:   (916) 447-8336
   E-Mail:      mark@markmerin.com
5               paul@markmerin.com

6  Attorneys for Plaintiff
   JING JING YAO
7
   KEVIN J. DEHOFF (State Bar No 252106)
8  Email: kdehoff@akk-law.com
   ANGELO, KILDAY & KILDUFF, LLP
9  Attorneys at Law
   601 University Avenue, Suite 150
10 Sacramento, CA 95825
   Telephone: (916) 564-6100
11 Telecopier: (916) 564-6263

12 Attorneys for Defendants
   CITY OF FOLSOM, FOLSOM POLICE DEPARTMENT,
13 SCOTT GEIST, PAUL RICE, and WESLEY NEZIK

14              UNITED STATES DISTRICT COURT

15             EASTERN DISTRICT OF CALIFORNIA

16                 SACRAMENTO DIVISION

17 JING JING YAO,                    Case No. 2:16-cv-02609-MCE-AC

18         Plaintiff,                **ORDER FOR DISMISSAL
                                     WITH PREJUDICE**
19 vs.

20 CITY OF FOLSOM, et al.,

21         Defendants.

22      The parties, Plaintiff Jing Jing Yao and Defendants City of Folsom, Folsom Police Department,

23 Scott Geist, Paul Rice, and Wesley Nezik, have stipulated to the dismissal of this entire action, with

24 prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and in accordance with the terms of the parties'

25 settlement agreement, with each side to bear their own attorneys' fees and costs.

26      The Court GRANTS the parties' stipulation.

27 ///

28 ///

                                 1

1    This action is DISMISSED WITH PREJUDICE, consistent with the terms of the parties'

2 stipulation, each side to bear their own attorneys' fees and costs.  The matter having now been concluded

3 in its entirety, the Clerk of Court is directed to close the file.

4        IT IS SO ORDERED.

5 Dated:  August 14, 2017

6

7        _____
         MORRISON C. ENGLAND, JR
8        UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28